**Order entered November 28, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00909-CR

### EX PARTE QUINCY BLAKELY

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX18-90017-M**

## ORDER

Before the Court is appellant's November 26, 2018 motion to extend the time to file his

brief. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

The State's brief shall be due **TWENTY DAYS** from the date of this order.

/s/    CRAIG STODDART
JUSTICE